UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CASE NO. 5:23-CR-046-KKC

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                         **SENTENCING MEMORANDUM**

JADYN R. SLEET                                                     DEFENDANT

      Comes the Defendant, Jadyn R. Sleet, by and through counsel, and submits the following sentencing memorandum addressing the facts the defendant believes the court should consider when determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a) with regard to this case. The defendant entered a plea of guilty to a charge of felony possession of a firearm under 18 U.S.C. §922(g)(1).

      In the present case, the following should be considered when determining the type and length of sentence that would be sufficient, but not greater than necessary to satisfy the purpose of sentencing. The defendant was raised by his mother, and he had a number of siblings. His mother has remained supportive of him throughout this ordeal. He had a brother die from an overdose approximately one year ago. While he was incarcerated, he had another brother who was murdered last summer. The defendant had no relationship with his father. He does have a girlfriend who has stood by him and remains very supportive.

      The Defendant has several juvenile convictions and a felony conviction because he qualified as a youthful offender. There is not much question that recently his life had been spiraling in the wrong direction. The Defendant was using Oxycodone

on a daily basis at the time of his arrest. There is no question that his drug usage had escalated recently.

The Defendant was attempting to get drug treatment, but his insurance card had been cancelled. He was in the process of obtaining residential rehabilitation when the arrest on this case occurred.

Counsel believes incarceration in this case has been a benefit to the Defendant. It has given him time to reflect on his behavior and his life in general. He had one brother who died of a drug overdose a year ago, two who are in prison, and one that was murdered in August. The recent death of Malik Sleet seemed to have really affected Jadyn. Counsel has met with him on numerous occasions and his perspective on his life moving forward seems to have improved greatly. With the benefit of sober reflection on his past actions, Jadyn has expressed to counsel his desire to avoid his past mistakes, obtain drug rehabilitation, and seek gainful employment so that he can support himself and his girlfriend. These are all appropriate goals. The Defendant could benefit from vocational rehabilitation during a period of supervised release. During his time on supervision, he will be held accountable for his actions. He will be required to follow the law, obtain employment, avoid all drugs, and be held to a high standard of behavior. This will be an effective deterrence to future criminal conduct. The defendant intends to and is more than willing to abide by all conditions that may be imposed upon him during his supervised release portion of his sentence.

The Defendant is young, and it appears he has been adversely affected by some of his associations. His youth may be a contributing factor to some of the choices he has made. Steady employment would be a step in the right direction after he has obtained some drug treatment.

Counsel believes drug treatment would help the Defendant and provide him with the necessary tools to remain sober upon his release. Such treatment will help prepare him to resist the appeal of drugs and also help him to avoid relapsing. Such treatment will also teach him how to hopefully avoid falling into old habits once he is on his own. Jadyn has been extremely polite and cooperative throughout this case. He has been very respectful to counsel. He has consistently indicated a strong desire to put his past mistakes behind him and move forward with his life. He wants the things that everybody wants and has indicated a desire to work to achieve same.

Respectfully submitted,

/s/ Charles P. Gore
CHARLES P. GORE
155 E. Main Street, Suite 101
Lexington, KY  40507
859. 254-7367
859. 425-1200 (FAX)
gorecharles@hotmail.com

**CERTIFICATION**:

I hereby certify that on this 14th day of December, 2023, I electronically filed the Sentencing Memorandum herein with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Charles P. Gore
Charles P. Gore